IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DELAWARE LIFE INSURANCE COMPANY, | § § § § § | |
| Plaintiff, | | |
| v. | § § § | CIVIL ACTION NO. 3:24-cv-00581 |
| JESSICA LEDBETTER and LISA MULLIS, | § § § § | |
| Defendants. | § | |

## MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff Delaware Life Insurance Company ("Plaintiff") hereby moves this Court to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

WHEREFORE, Plaintiff moves this Court to enter an Order of Dismissal without Prejudice as to all claims asserted Plaintiff herein, with all costs in filing same to be borne by Plaintiff.

Dated: June 10, 2024

    Respectfully submitted,

    */s/ Shaina E. Hicks*
    Shaina E. Hicks
    Texas Bar No. 24139802
    shaina.hicks@ogletree.com
    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
    8117 Preston Road, Suite 500
    Dallas, TX 75225
    Telephone: (214) 987-3800
    Fax: (214) 987-3927

    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on June 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

      */s/ Shaina E. Hicks*
      Shaina E. Hicks